WOLF J. OVERHAMM, Trading under the Name of PARFUMS HART-
NELL DISTRIBUTORS, Appellant and Respondent, *v.* EVELYN
WESTALL, Individually and Doing Business under the Name
of EVELYN WESTALL COMPANY, et al., Respondents and Appel-
lants.

Submitted May 29, 1947; appeals withdrawn July 2, 1947.

*Bernard Hershkopf* and *Myron J. Greene* for plaintiff, appel-
lant and respondent.

*Donald I. Peyser* and *Otto C. Sommerich* for defendants,
respondents and appellants.

Appeals withdrawn on stipulation.